# United States Court of Appeals
## For the First Circuit

---

No. 12-1886

KRISTO RUCI,

Petitioner,

v.

ERIC H. HOLDER, JR., ATTORNEY GENERAL,

Respondent.

---

**ERRATA SHEET**

The opinion of this Court issued on December 23, 2013, should be amended as follows:

On page 5, line 10, delete "on" and replace with "in".